

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-21-00568-CV

Trial Court Cause
Number: 2018-64020

Style: WS Atkins, Inc. v. Shan Shi

Date motion filed*: July 11, 2022

Type of motion: Motion for Rehearing

Party filing motion: Appellee

Document to be filed:

Is appeal accelerated? ☐ YES ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of   Chief Justice Radack and Justices Goodman and Hightower

Date: July 28, 2022